IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DONLEY MCINTOSH, | |
| Plaintiff, | Case No. 18 CV 01610 |
| v. | Magistrate Judge William E. Duffin |
| NANCY BOWENS, *et al.*, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Donley McIntosh appeal to the United States Court of Appeals for the Seventh Circuit from: (i) the Court's July 6, 2021 Ruling on the Defendant's Motion for Summary Judgment (Dkt. 56), and (ii) the Court's July 7, 2021 Judgement (Dkt. 57).

Dated: August 6, 2021     By:  */s/ Jason K. Smathers*
                                                        Jason K. Smathers
                                                        HUSCH BLACKWELL LLP
                                                        511 North Broadway, Suite 1100
                                                        Milwaukee, WI 53202
                                                        Tel: 414.978.5537
                                                        Fax: 414.223.5000
                                                        Jason.smathers@huschblackwell.com

                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Jason K. Smathers, an attorney, hereby certify that a true and correct copy of the foregoing was served electronically upon counsel of record by the filing of said document through the Court's electronic filing system on 5th day of August, 2021.

<i>/s/ Jason K. Smathers</i>